## TROPICANA PRODUCTS, INC., Plaintiff–Appellant,

v.

## LAND O'LAKES, INC., Defendant– Cross Appellant.

### No. 04–1156, 04–1193.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

Jeffrey D. Shewchuk, Shewchuk IP, Eagan, MN, Barry M. Nlayman, Wolf, Block, Wilimington, DE, for Defendant–Cross Appellant.

Ethan Horwitz, Ira Jay Levy, Anastasia M. Fernands, Patricia C. Wick, Goodwin Procter, New York, NY, Richard D. Kirk, Morris, James, Wilmington, DE, for Plaintiff–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).